UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                         Case No. 9:11-80007-CR-MARRA-3

WILLIAM J. HEBERT,

Defendant.

**MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM**

NOW COMES the Defendant WILLIAM J. HEBERT, appearing *pro se*, and respectfully motions the Court to terminate the imposed term of supervised release pursuant to 18 U.S.C. §3583(e)(1) and Fed R. Crim. P. 32.1(c)(2)(C). No hearing is sought in this matter per Fed R. Crim. P. 32.1(c)(2)(B). A Memorandum of Law accompanies this motion.

Respectfully submitted on this 26th day of April, 2015

/s/ [signature]

WILLIAM J. HEBERT
*Pro Se* Defendant, Movant