UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80007-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM J. HEBERT,

        Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION

THIS CAUSE is before the Court upon Defendant's pro se Motion for Early Termination of Supervised Release [DE 353]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED. The Court finds that the interests of justice will not be served by early termination of Defendant's supervised release.

DONE and ORDERED in West Palm Beach, Florida, this 13th day of May, 2015.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel